UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

WALTER J. ADAMS and HELEN ADAMS,

    Plaintiffs,

v.

Case No. 2:19-cv-00768-JAM-DMC

BIOMET ORTHOPEDICS, INC., a Indiana corporation; BIOMET MANUFACTURING, LLC f/k/a BIOMET MANUFACTURING CORP., a Indiana Limited Liability Company; ZIMMER, INC. d/b/a ZIMMER BIOMET CORPORATE SERVICES, a Delaware corporation; BIOMET, INC., a Indiana corporation; ZIMMER US, INC., a Delaware corporation; ZIMMER BIOMET HOLDINGS, INC., a Delaware corporation; and DOES 1 to 100, inclusive,

    Defendants.

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiffs, Walter J. Adams and Helen Adams ("Plaintiffs"), and Defendants, BIOMET ORTHOPEDICS, INC., a Indiana corporation; BIOMET MANUFACTURING, LLC f/k/a BIOMET MANUFACTURING CORP., a Indiana Limited Liability Company; ZIMMER, INC. d/b/a ZIMMER BIOMET CORPORATE SERVICES, a Delaware corporation; BIOMET, INC., a Indiana corporation; ZIMMER US, INC., a Delaware corporation; ZIMMER BIOMET HOLDINGS, INC., a Delaware corporation ("Zimmer Biomet"), jointly move this Court for an Order dismissing the entire action with prejudice, including all claims and counter claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: September 16, 2019         QUARLES & BRADY LLP

                                  By: /s/ *Parwana Noorzad*
                                  Counsel for Defendant


                                  LAW OFFICES OF EUGENE B. CHITTOCK


                                  By: /s/ *Eugene B. Chittock*
                                  Counsel for Plaintiff

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: 10·1·2019                  _____
                                  UNITED STATES DISTRICT COURT JUDGE